IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN PROCTOR, *Plaintiff*, v. LORI GREEN, CINDY CASEY, JOHN FREEMAN, KATHY RALSTON, VIOLA VAUGHN-EDEN, *Defendants*. | Case No. 3:07CV00045<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Rule 12(b)(6) Motions to Dismiss filed by Defendants Lori Green, Cindy Casey, John Freeman, Kathy Ralston, and Viola Vaughn-Eden (docket #11, #12, #13, #14, and #28). For the reasons set forth in the accompanying Memorandum Opinion:

(1) the Motions to Dismiss are hereby GRANTED;

(2) Plaintiff John Proctor's claims are hereby DISMISSED WITHOUT PREJUDICE as to all defendants; and

(3) the Clerk of the Court is hereby directed to STRIKE this case from the docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 14th day of May, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE