CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
JUL 30 2008
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN PROCTOR,<br>        *Plaintiff,*<br><br>v.<br><br>LORI GREEN,<br><br>CINDY CASEY,<br><br>JOHN FREEMAN,<br><br>KATHY RALSTON,<br><br>VIOLA VAUGHN-EDEN,<br>        *Defendants.* | Case No. 3:07CV00045<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the Motions for Leave to Amend filed by Plaintiff John Proctor (docket #39 and #44). For the reasons set forth in the accompanying Memorandum Opinion, the motions are hereby DENIED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

   Entered this _____ day of July, 2008.

                   _____
                   NORMAN K. MOON
                   UNITED STATES DISTRICT JUDGE