CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 31 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN PROCTOR,<br><br>                   *Plaintiff,*<br><br>v.<br><br>LORI GREEN,<br><br>CINDY CASEY,<br><br>JOHN FREEMAN,<br><br>KATHY RALSTON,<br><br>VIOLA VAUGHN-EDEN,<br><br>                   *Defendants.* | Case No. 3:07CV00045<br><br><br>MEMORANDUM OPINION<br><br><br>JUDGE NORMAN K. MOON |

On May 14, 2008, I dismissed without prejudice the claims set forth in Plaintiff John

Proctor's First Amended Complaint. On July 30, 2008, I then denied Proctor's two Motions for

Leave to Amend, which sought permission to file Second and Third Amended Complaints,

respectively. Moreover, in denying leave to amend, I found that Proctor's substantive due

process claims are barred by the statute of limitations. Given this history, as well as Proctor's

inability, despite several attempts, to state a claim upon which relief can be granted,[1] it is

appropriate that

    (1)     Proctor's substantive due process claims be dismissed with prejudice;

    (2)     his other claims be dismissed without prejudice;

    (3)     this action be dismissed in its entirety; and

    (4)     the Clerk of the Court be directed to strike this case from the docket.

---

[1] The Court's May 14, 2008 and July 30, 2008 Memorandum Opinions are hereby incorporated by reference.

Accordingly, a separate Final Order to that effect shall accompany this Memorandum Opinion.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Memorandum

Opinion to all counsel of record.

Entered this 31st day of July, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

Case 3:07-cv-00045-NKM-BWC   Document 51   Filed 07/31/08   Page 2 of 2   Pageid#: 275