CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 3 1 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN PROCTOR,<br>        *Plaintiff,*<br>v.<br>LORI GREEN,<br>CINDY CASEY,<br>JOHN FREEMAN,<br>KATHY RALSTON,<br>VIOLA VAUGHN-EDEN,<br>        *Defendants.* | Case No. 3:07CV00045<br><br>FINAL ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion,

(1) Plaintiff John Proctor's substantive due process claims are hereby DISMISSED WITH PREJUDICE;

(2) Plaintiff John Proctor's other claims are hereby DISMISSED WITHOUT PREJUDICE;

(3) this action is hereby DISMISSED in its entirety; and

(4) the Clerk of the Court is hereby directed to STRIKE this case from the docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Final Order to all counsel of record.

Entered this 31st day of July, 2008.

               /s/ Norman K. Moon
               NORMAN K. MOON
               UNITED STATES DISTRICT JUDGE